**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2100**

---

ROSARIO A. FIORANI, JR.,

                              Plaintiff - Appellant,

        versus

CRYSTAL FORD, LIMITED; JASON MINARD,

                              Defendants - Appellees,

        and

HOWARD CASTLEMAN, President; MATTHEW HOLTZMAN,
Manager; MATT COOPER, Finance Manager; RICKY
DOWNS, Finance & Insurance; MOHAMED DIALO,
Primary Salesman; UFN OUSMAN, Second Salesman;
JOHN DOE, Third Party Purchaser,

                              Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-886-A)

---

Submitted: December 22, 1999        Decided: January 20, 2000

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Rosario A. Fiorani, Jr., Appellant Pro Se. William Joseph Virgulak, Jr., MARTELL, DONNELLY, GRIMALDI & GALLAGHER, P.A., Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rosario Fiorani, Jr., appeals the district court's order granting summary judgment to Defendants. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fiorani v. Crystal Ford Ltd, No. CA-98-886-A (E.D. Va. Aug 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED